Brecher Fishman Pasternack
Heller Walsh & Tilker, P.C.
233 Broadway, Suite 820
New York, New York 10279


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X Docket No.: 1:07-cv-8098
BRANDY TSE, BAO R. YU, GUO Q. YAN,
CHIU T. NG, HSING L. CHOU,
KOW C. LAU, TONG S. CHAN,
WING G. CHEUNG, KAI O. CHAN,
BI Y. MEI, PAK S. WONG,                                  Rule 7.1 Statement
KEEN C. CHU, JIAN W. FENG,
SING S. TSE, CAN H. CHEN,
KOK C. YUEN, KWOK C. ENG,

                 Plaintiffs,
    v.

GOLDEN BRIDGE RESTAURANT, LLC,
PHILIP WU, MICHAEL GEE, YONG JIN CHAN,
ALBERT K. K. CHIU A/K/A KWONG KIT CHIU,
YAM WAN YUNG, KAM TONG MAK,

                 Defendants.
_____X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.


Dated:  October 1, 2007                                 _____
                                                                 Vincent L. Gonzalez  (VLG-4785)