

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 9 2007**

# THE BOYD LAW GROUP, PLLC

PATRICK JAMES BOYD, ESQ.
PARTNER

NEW YORK OFFICE:
230 PARK AVENUE
SUITE 1000
NEW YORK, NY 10169
TEL: (212) 808-3054
FAX: (212) 808-3020

WHITE PLAINS OFFICE:
50 MAIN STREET
SUITE 1000
WHITE PLAINS, NY 10606
(BY APPOINTMENT ONLY)

EMAIL: pboyd@theboydlawgroup.com

October 11, 2007

**VIA FACSIMILE**
Hon. George B. Daniels
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

OCT 1 9 2007

Re: Brandy Tse et al v. Golden Bridge Restaurant et al
Case No. 07 Civ. 8098

Dear Judge Daniels:

We are the attorneys for Golden Bridge Restaurant (hereinafter the "Restaurant"), a named defendant in the above-referenced matter. We write to request an extension of the time to submit an Answer or otherwise respond to the Complaint.

We received a copy of the Summons and Complaint from the Restaurant on or about September 21, 2007. Since then, we have been in discussions with our client over the issue of how many of the named defendants we are to represent in this matter. Plaintiffs have named five additional individuals along with the Restaurant and its owner.

Although we have attempted numerous times to communicate with Plaintiff's counsel to obtain his consent for an extension, Mr. Gonzalez has not returned our messages at this point. We are also unclear, as of yet, about the exact date on which the Summons and Complaint was served upon the Restaurant. As such, we respectfully request that the court grant us a thirty (30)-day extension of time from today's date to answer or otherwise respond to the Complaint.

Please feel free to contact me if you have any questions or concerns.

Respectfully,

THE BOYD LAW GROUP, PLLC

Patrick J. Boyd

cc:  Vincent L. Gonzalez, Esq.
Brecher Fishman Pasternack Heller Walsh & Tilker, P.C.
233 Broadway, 8th Floor
New York, New York 10279

Files