# BRECHER BF FISHMAN
## PASTERNACK·HELLER·WALSH & TILKER, P.C.
### ATTORNEYS AT LAW

The Woolworth Building
233 Broadway Suite 820, New York, NY 10279

www.brecherfishman.com

Author's Direct #
(212) 341-7999

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:
DATE FILED: DEC 10 2007

George Brecher
Robert J. Fishman
Lewis L. Heller
Victor Pasternack
Kevin P. Walsh
Barbara Doblin Tilker
Robert L. Samosky
Jordan A. Ziegler
Catharine M. Starman
Christopher O. Lacham
Daniel M. Morin
David I. Wolf
Edgar N. Romano
Vincent L. Gonzalez
Matthew A. Funk
Elliot M. Schaktman

Kelly A. Koster
Michael K. Gruber
Mark G. Sokoloff
John C. Marino
Stephanie L. Warner
Jason C. Goldfarb
Michael L. Galero
Jordana L. Fishman
Sean Patrick Riordan
Michael D. Devers
Abraham L. Berman
Crystal T. Stewart
Benjamin I. Richman
Craig DeMao
Michael Neuman
Sasha Shafeek
David Y. Hour
Jason I. Somes

Of Counsel
Abraham Proesh (Ret.)
Dominick Tummaro
Maria Mangano

New York
212-341-7900

Brooklyn
718-222-9800

Garden City
516-742-3698

Queens
718-222-9800

Bronx
718-222-9800

White Plains
914-328-9500

Bohemia
631-348-1608

Staten Island
718-222-9800

New Jersey
732-993-9000

December 5, 2007

Hon. Judge George B. Daniels
United States District Judge
By FAX [212-805-6737] [1 page]

**SO ORDERED**

The conference is rescheduled to December 19, 2007 at 9:45 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

DEC 10 2007

RE: <u>Brandy Tse v. Golden Bridge Restaurant</u>, et al
Case No. 07cv8098
Adjournment of Pretrial Conference

Dear Judge Daniels:

My firm represents the plaintiffs in the above referenced case. I called the Court earlier today to request an adjournment of the pretrial conference currently scheduled for tomorrow, December 6, 2007. Said request is made on consent of all parties. I talked to Heather Cannady, and, after informing her the request was being made on consent, she informed me that an adjournment was acceptable, and the new date would be December 19th, 2007 at 9:45 am. I am writing this letter to confirm the new date. I have also informed counsel for defendants.

Very truly yours,

BRECHER, FISHMAN, PASTERNACK,
HELLER, WALSH & TILKER, P.C.

Michael D. Neuman, ESQ.

MDN