BSS=7756-001

# BRECHER BE FISHMAN
## PASTERNACK·HELLER·WALSH & TILKER, P.C.
### ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: DEC 2 0 2007

The Woolworth Building
233 Broadway, Suite 820, New York, NY 10279

www.brecherfishman.com

PHONE 212-341-7900
FAX 212-267-8235
Author's Direct #:

December 18, 2007

George Brecher
Robert J. Fishman
Lewis L. Heller
Victor Pasternack
Kevin P Walsh
Barbara Doblin Tilker
Robert L. Seminsky
Jordan A. Ziegler
Catherine M. Stanton
Christopher D Lathem
Darnel M Morm
David I Wall
Edgar N. Romano
Vincent L Gonzalez
Matthew A. Funk
Bios M Schakman

Kelly A Koster
Micheal K. Gruber
Mark G Sokoloff
John C. Merino
Stephanie L Weiner
Jason C. Goldfarb
Michael L Galiano
Jordana L. Fishman
Sean Patrick Riordan
Michael D Divers
Abraham L Berman
Crystal T Stewart
Benjamin T Richman
Craig DeMao
Michael Neuman
Sasha Shefeek
David Y Horr
Jason I. Gomes

Of Counsel
Abraham Popish (Ret)
Domnick Tumunaro
Maria Mangano

New York
212-341-7900

Brooklyn
718-222-9800

Garden City
516-742-3535

Queens
718-222-9800

Bronx
718-222-5800

White Plains
914-328-8500

Bohemia
631-348-1668

Staten Island
718-222-9800

New Jersey
732-953-9000

Attn: Hon. Justice George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED**
The conference is rescheduled to January 3, 2008 at 10:00 a.m.
DEC 2 0 2007
HON. GEORGE B. DANIELS

BRANDY TSE, et al vs. GOLDEN BRIDGE RESTAURANT, LLC
Docket No.: 07civ 8098

Honorable Justice Daniels:

After speaking with your law assistant, Elizabeth, Plaintiff respectfully requests that your Honor grant a brief adjournment to the Scheduling Conference currently scheduled for Wednesday, December 19, 2007, at 9:45 a.m. We are requesting this adjournment because the handling attorney, Michael Neuman, has left our firm with very short notice.

We are respectfully requesting that your Honor adjourn the Scheduling Conference to Thursday, January 3, 2008, at 10:00 a.m., or for such other time your Honor deems convenient. This request for an adjournment is made on consent of all answering parties. We thank you for your understanding and apologize for such short notice.

Sincerely,
BRECHER FISHMAN PASTERNACK,
HELLER WALSH & TILKER, P.C.

Bradley Schoenfeld

BRADLEY SCHOENFELD, ESQ.

cc: The Boyd Law Group, PLLC, *Attorneys for Defendants*, Helmsley Building, 230 Park Avenue Suite 1000, New York, NY 10169   Tel: (212) 808-3054   File#: 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