UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
BRANDY TSE, BAO R. YU, GUO Q. YAN,                      :
CHIU T. NG, HSING L. CHOU, KOW C. LAU,                  :
TONG S. CHAN, WING G. CHEUNG, KAI O.                    :
CHAN, BI Y. MEI, PAK S. WONG, KEEN C.                   :    Case No. 07 CV 8098
CHU, JIAN W. FENG, SING S. TSE, CAN H.                  :
CHEN, KOK C. YUEN, KWOK C. ENG,                         :
                                                        :    **ECF FILING**
            Plaintiffs,                                 :
                                                        :
            -against-                                   :    **NOTICE OF APPEARANCE**
                                                        :
GOLDEN BRIDGE RESTAURANT, LLC,                          :
PHILLIP WU, MICHAEL GEE, YONG JIN                       :
CHAN, ALBERT K. K. CHIU a/k/a KWONG KIT                 :
CHIU, YAM WAN YUNG, KAM TONG MAK,                       :
                                                        :
            Defendants.                                 :
----------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Patrick J. Boyd of The Boyd Law Group, PLLC as counsel

in this case for all defendants except Yong Jin Chan.

    I certify that I am admitted to practice in this Court.


Dated:      February 27, 2008
            New York, New York


                                    THE BOYD LAW GROUP, PLLC

                                    By:  /s/ Patrick J. Boyd
                                        Patrick J. Boyd
                                        Attorney for all defendants except
                                            Yong Jin Chan
                                        230 Park Avenue, Suite 1000
                                        New York, New York 10169
                                        Tel: (212) 808-3054
                                        Fax: (212) 808-3020
                                        pboyd@theboydlawgroup.com